# NO. 12-08-00011-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JOHN M. O'QUINN, P.C. d/b/a O'QUINN & LAMINACK, JOHN M. O'QUINN & ASSOCIATES, A TEXAS GENERAL PARTNERSHIP, JOHN M. O'QUINN & ASSOCIATES, L.L.P. d/b/a O'QUINN & LAMINACK, JOHN M. O'QUINN LAW FIRM, P.L.L.C., AND O'QUINN & LAMINACK, APPELLANTS* | § § | *APPEAL FROM THE FOURTH* <br><br><br><br><br><br><br> *JUDICIAL DISTRICT COURT OF* |
| *V.* | | |
| *MARTHA WOOD AND PATRICIA HAYNES, APPELLEES* | § | *RUSK COUNTY, TEXAS* |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellants have filed an unopposed motion to dismiss this appeal. In their motion, Appellants state that they have resolved this dispute and no longer wish to pursue the appeal. Because Appellants have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is ***dismissed***. All pending motions are overruled as ***moot***.

Opinion delivered August 11, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)